AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means     ☑ Original     ☐ Duplicate Original



# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )    Case No. 20 MJ 311
Textile Field USA LLC, )
834 Huffman Street, Greensboro, NC 27405 )
)

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:  Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Middle_____ District of _____North Carolina_____
*(identify the person or describe the property to be searched and give its location):*

The premises known and described as Textile Field USA LLC, 834 Huffman Street, Greensboro, NC 27405, as further described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Fruits, evidence, and instrumentalities of violations of of 7 U.S.C. § 136*l*(b)(1)(A) and (B) (FIFRA), 18 U.S.C. § 1343 (wire fraud), and 18 U.S.C § 1017 (government seals wrongfully used and instruments wrongfully sealed), as further described in Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before  Nov. 9, 2020     *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Hon. Joi Elizabeth Peake, U.S.M.J.___
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____

Date and time issued:  10/26/2020 4:38pm        *[signature]*
                                                *Judge's signature*

City and state:  Winston-Salem, NC              Joi Elizabeth Peake, United States Magistrate Judge
                                                *Printed name and title*

## Return

| Case No.: 20 MJ 311 | Date and time warrant executed: 10/29/20 9:00 AM | Copy of warrant and inventory left with: Matt Cohen, Textile Field USA |
|---|---|---|

Inventory made in the presence of:
SA, Will Oros

Inventory of the property taken and name(s) of any person(s) seized:
See Attached

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/2/20

*Executing officer's signature*

Will Oros, Special Agent US EPA CID
*Printed name and title*

 

**United States Environmental Protection Agency**
**Criminal Investigation Division**

## CHAIN OF CUSTODY

COC# 1

| Case Title: | Office: | Case Number: |
|---|---|---|
| KETS | Charlotte RAC | 0408-0934 |

**Owner Name, Address and Phone Number:**
Textile Field USA
834 Huffman Street, Greensboro, North Carolina

**Source:**
■ Search Warrant
☐ Grand Jury Subpoena
☐ Consent Seizure
☐ Abandoned
☐ Digital/Electronic Capture
☐ Voluntary Submission
☐ Other (Describe):

**Other Contact Name, Relation to Owner and Phone Number:**

**Collected By (Print/Sign/Date):** Brener, Matthew D / Matthew Br / 10-29-2020 11:44

**Storage Location and Date Entered:**

**Remarks:**

**Relinquished to (Print/Sign/Date):** MB / W. Oros / 10/29/20

**Storage Location and Date Entered:**

**Relinquished to (Print/Sign/Date):**

**Storage Location and Date Entered:**

**Final Disposition By (Print/Sign):**

**Returned to (Sign/Date):**

**Destruction Date:**

**Other Disposition (Describe):**

| Item/Box Number: | Description: |
|---|---|
| 1 | Gov't / Lab Documents I Room A - Desk 1 |
| 2 | Documents I Room A Desk 2 |
| 3 | Shipping receipts I Room A - Storage Cabinet |
| 4 | Kets wire transfers & invoices I Room B closet |
| 5 | EPA document - Alcohol wipes I Room A filing Cabinet |
| 6 | Kets Documents I Room A Desk |

OCEFT Form 7-01   Original - With Item   Copy-Evidence Log   Copy – eCase File   Rev_03/2017

Page 1 of 1




**United States Environmental Protection Agency**
**Criminal Investigation Division**

## CHAIN OF CUSTODY Continuation Page

COC# 1

| Case Title: KETS | | Case Number: 0408-0934 |
|---|---|---|

| Item/Box Number: | Description: |
|---|---|
| 7 | Customs files I Room B |

OCEFT Form 7-01    Original - With Item    Copy-Evidence Log    Copy – eCase File    Rev_03/2017

Page _____ of _____



**United States Environmental Protection Agency**
Office of Criminal Enforcement, Forensics & Training
Washington, DC 20004
**CHAIN OF CUSTODY RECORD**

| Case Number | | Case Name | | Collection Location/Source1 |
|---|---|---|---|---|
| | | | | Images |

### Seized Computer/Electronic Equipment

| Item/Sample Number2 | Item/Sample Date | Item/Sample Time | Collected By3 | Item/Sample Location4 | Description5 |
|---|---|---|---|---|---|
| NCFL 01 | 10/29/20 | 1300 | M. Johnson | A01_BldgA_RmB_Sm01 | iphone Xs  GGV XMLALKPHC |
| NCFL 02 | 10/29/20 | 1300 | M. Johnson | A02_BldgA_RmB_LPT01 | MacBook Air  FVFWH4NPJ1WL |
| NCFL 03 | 10/29/20 | 1300 | M. Johnson | A03_BldgA_RmA_LPT01 | MacBook Air  C02YW2N4LVCH |
| NCFL 04 | 10/29/20 | 1300 | M. Johnson | A04_BldgA_RmB_SM02 | iphone XR  F4GXK2NJKXL8 |
| NCFL 05 | 10/29/20 | 1300 | M. Johnson | A05_BldgA_RmA_LPT02 | MacBook  FVFYT05PMGX5 |



FORM: OCEFT 7-01 (2/11)   ORIGINAL: WITH ITEMS/SAMPLES   COPY: CASE/PROJECT FILE   CHAIN OF CUSTODY NUMBER ____   PAGE 1 of 3

# United States Environmental Protection Agency
Office of Criminal Enforcement, Forensics & Training
Washington, DC 20004
## CHAIN OF CUSTODY RECORD



| Item/Sample Number2 | Date / Time | Relinquished By | Received By | Purpose of Change of Custody | Remarks6 |
|---|---|---|---|---|---|
| Items 1-5 | 10/29/20 13:00 | Print Name & Organization: <br> Signature: | Print Name & Organization: Matthew Johnson/EPA <br> Signature: | Initial intake into NCFL custody | |
| | | Print Name & Organization: <br> Signature: | Print Name & Organization: <br> Signature: | | |
| | | Print Name & Organization: <br> Signature: | Print Name & Organization: <br> Signature: | | |
| | | Print Name & Organization: <br> Signature: | Print Name & Organization: <br> Signature: | | |

### FINAL DISPOSITION

Release to Owner or Other:

Destroy:

Other (specify):

Authorized By:

Printed Name:     Title & Organization

Signature:     Date:

## ATTACHMENT A:
### Property to be Searched

<u>Textile Field USA LLC, 834 Huffman Street, Greensboro (Guilford County), NC</u>

834 Huffman Street, Greensboro, North Carolina, is located on the east side of Huffman Street. The facility is a single-story white brick industrial building with a black metal roof and Textile Field signage and the number 834 on the front of the building which faces Huffman Street. The building also has a loading dock with two white rollup bay doors and three black entrance doors. There is additional Textile Field signage adjacent to an entrance door at the top of a flight of stairs leading up to the loading dock and allowing access to all doors described. There is a small parking lot in front of the building.

Below are photographs of the site:

14



15

## ATTACHMENT B:
### Items to be Seized

This Affidavit is made in support of this Application to seize the following items:

1. Any and all physical documents relating to violations of Title 7, United States Code, 136*l*(b)(1)(A) (FIFRA); Title 18, United States Code, Section 1343 (wire fraud); and Title 18, United States Code, Section 1017 (government seals wrongfully used and instruments wrongfully sealed), involving Kets Fabrics, Textile Field USA, LLC, and/or Matthew Cohen in the form of the following:

    a. Communications and other information regarding importation, sale, offering for sale, application, and/or use of a pesticide to include notes, licenses, certificates, laboratory reports, marketing and sales records, ledgers, receipts, billing records, invoices, importation documents, purchase records, work orders, regulatory records, labels, chemical safety data documents, applications, contracts, training records, product labels, chemical formulations, and customer files.

      i. This includes seizure of any and all computers and storage medium contained within the Subject Premises, where such information may be located.*

      ii. The term "computer" includes all types of electronic, magnetic, optical, electrochemical, or other high speed data processing devices performing logical, arithmetic, or storage functions, including desktop computers, notebook computers, mobile phones, tablets, server computers, and network hardware.

      iii. The term "storage medium" includes any physical object upon which computer data can be recorded. Examples include hard disks, RAM, floppy disks, flash memory, CD-ROMs, and other magnetic or optical media.

      iv. If imaging of any computers and/or storage media on site proves impractical, or even impossible for technical reasons, then the agents will seize those components of Textile Field USA LLC's computer system that the agents believe must be seized to permit the agents to locate the things described in the warrant at an off-site location. The seized components will be removed from the Subject Premises and returned within two business days. If additional time is needed for imaging, agents may request additional time from the Court.

2. Samples of fabric, packaging, and any chemical used or suspected to be used as a pesticide.

\* However, further searching of any cellular telephones seized requires further application for a search warrant.